# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL WERT**, | : | CIVIL NO. 1:18-CV-963 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN ODDO**, | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 11th day of January, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. The motion (Doc. 12) to expedite is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania